AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

United States Courts
Southern District of Texas
FILED

*August 10, 2023*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Erwin Rocael Lopez-Guox | ) Case No. **4:23-mj-1596** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 14, 2023 and June 20, 2023__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1324(a)(1)(A)(iii) | Bringing in and Harboring Certain aliens |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent David J. Pawson

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David J. Pawson, Special Agent
*Printed name and title*

Sworn to before me and signed telephonically.

Date: 08/10/2023

City and state: Houston, Texas

Sam. S. Sheldon, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN
# APPLICATION FOR CRIMINAL COMPLAINT

I, David Pawson, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of applications for the following:

2. A criminal complaint charging Erwin Rocael Lopez-Guox (Lopez) with conspiracy to harbor aliens who have entered the United States in violation of law and knowingly concealed them from detection in violation of Title 8 U.S.C. § 1324.

3. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) and have been since 2009. My experience as a Special Agent has included, among other things, the investigation of cases involving cybercrime, child exploitation, child pornography, human trafficking, and immigration violations. I am also a graduate of the U.S. Border Patrol academy where I received specialized training in immigration and nationality law. I have also received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. I have not included every detail of every aspect of my training, education, and experience but have highlighted those areas most relevant to this application.

4. Because this affidavit is submitted for the limited purpose of securing authorization for the requested complaint, I have set forth only the facts that I believe are necessary to establish the necessary foundation for a determination of probable cause. Based on my training, experience, conversations of other law enforcement investigators, and the facts as

set forth in this affidavit, I submit that probable cause exists to believe that Lopez knowingly concealed at least nine, but I believe significantly more persons from the detection of law enforcement. I further believe Lopez did this knowing that these people unlawfully entered the United States through the use of human smuggling organizations and that Lopez was financially compensated for his role overseeing an identified "stash house" in violation of Title 8 U.S.C. § 1324.

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

5. On June 14, 2023, I learned that the Houston, Texas Police Department (HPD) was investigating a hostage / kidnapping involving a person who was smuggled into the United States by a Human Smuggling Organization (HSO) and that this person was at significant risk of grievous bodily injury.

6. I spoke with HPD Detective (Det.) Joshua Caten who explained that Dania Urbina-Gonzalez (D. Urbina) and other family members had been coordinating with members of this HSO to obtain the release of her brother, Hector Urbina-Gonzalez (H. Urbina). The HSO has demanded an additional $5,000 to release him under threat physical harm. Det. Caten told me when the family attempted to pay the ransom to the HSO, members of the HSO opened fire upon D. Urbina's car. I learned that amongst other passengers in the vehicle was D. Urbina's seven-year-old daughter. I later learned that the vehicle was struck 14 times by small arms fire. HPD conducted interviews of D. Urbina and her brother Jafet Urbina-Gonzalez (J. Urbina) and learned that they observed a maroon Kia Optima, a red Ford F-150 and a white Chevrolet Equinox from which they estimated six to ten Hispanic males exited and pointed their guns at the Urbinas.

2

7. As a result of the shooting, HPD Officer Baltodano went to the Chevron gas station located at 9655 Honeywell Street in Houston. Officer Baltodano viewed surveillance video in which the suspect vehicles were observed including one displaying Illinois license plate DS87172 displayed on the maroon Kia Optima. This gas station is located near the shooting location. This surveillance video was later obtained by HPD Sgt. Arrington. Additionally, HPD Detectives used law enforcement databases to identify a red Ford F-150 displaying Texas license plate RHG1103 traveling with the maroon Kia Optima displaying Illinois license plate DS87172 southbound on Hillcroft Avenue from the Southwest Freeway at the same time.

8. After the failed ransom exchange, the family was recontacted by the HSO from telephone numbers 346-350-2607, 512-988-6669, and 956-069-0512. The HSO informed the Urbina family that they now demanded $15,000 more for H. Urbina's safe release. HPD Det. Nabors utilized specialized surveillance techniques on an exigent circumstance due to the use of deadly force and threat of additional harm by the HSO to identify the users of the aforementioned telephone numbers.

9. Det. Nabors was able to ascertain that two of these telephone numbers (512-988-6669, and 956-069-0512) appeared to be located in the area of Renwick Drive and Bellaire Boulevard in Houston, Texas. Additionally, it was learned that telephone number 956-069-0512 was changed to telephone number 346-420-6112.

10. HPD SWAT Officers including Sgt. M. Lopez conducted surveillance in the area of 6768 Renwick Drive, the location where the telephones were believed to be located. The Officers also observed a white Chevrolet Equinox displaying Texas license plate RSX2501. A

vehicle meeting this description was previously observed near the shooting location. A subject identified as Irving Gallegos was observed departing apartment 58 and then departed in the Chevrolet Equinox. A traffic stop was conducted on this vehicle at approximately 8:11 am on June 15, 2023. Gallegos was found in possession of a telephone assigned telephone number 346-420-6112. This telephone number previously contacted the Urbina family.

11. Believing that the victim, H. Urbina may be located in the apartment 58, Officers approached apartment 58 and detained two occupants identified as Maria Suarez-Garcia (M. Suarez) and Angel Guaraca-Carillo (Guaraca). H. Urbina was not located in the apartment. M. Suarez was found to be in possession of a telephone assigned 512-988-6669 which was also in contact with the Urbina family about H. Urbina's ransom. An additional telephone was located in the apartment described as a Samsung Galaxy A21, Model SM-A215U, IMEI number 352252554808858. HPD Det. Watson looked at the locked screen background photo and found that it depicted and image of H. Urbina.

12. A post-Miranda interview of Gallegos was conducted during which he admitted that he is regularly involved with human smuggling activities on behalf of his brother-in-law Silvestre Suarez (S. Suarez), the brother of M. Suarez. S. Suarez identified other coconspirators Hernan Garfias-Gutierrez (Garfias) and Julio Cesar Gallegos (J. Gallegos) that were also involved in the failed ransom meet up which resulted in the shooting of the Urbina family.

13. Garfias is the registered owner of the maroon Kia Optima displaying Illinois license plate DS87172 suspected of transporting H. Urbina to the ransom meet and from which suspects emerged and fired upon the Urbina family.

14. On June 17, 2023, Det. Watson was contacted by D. Urbina informing him that her uncle was receiving messages from a Facebook account in the name of Jose Bautista claiming to be H. Urbina. The messages indicated that H. Urbina was still alive and further claimed he would still be traded for the ransom. Additionally, the family was receiving voice messages via WhatsApp account also indicating H. Urbina is still alive and being held.

15. HPD Det. Nabors obtained records from Facebook on an emergency basis indicating Jose Bautista may be a real person with a date of birth of March 3, 1991. HPD Det. Watson conducted computer checks of HPD indices and identified a criminal history for a person named Jose Bautista with a date of birth of March 3, 1991.

16. I conducted computer checks of HSI indices and fully identified Bautista as Jose Bautista-Santana with an alias date of birth March 3, 1989. I also located a photograph of this subject which was presented to a Erwin Rocael Lopez-Guox who identified Bautista-Santana as one of the men that held non-citizens that were smuggled into the United States and housed at 11435 Sagevalley Street in Houston, Texas.

17. HPD Det. Nabors continued to investigate leads generated through Facebook on an emergency basis due to the threat of harm to H. Urbina. Det. Nabors obtained subscriber information Facebook account Pepe Bautista with an associated email address of [em696597@gmail.com](mailto:em696597@gmail.com). Det Nabors also requested account information from Google associated to Julio Cesar Gallegos device with telephone number 346-434-9446, and from Apple for the account associated with device with telephone number 956-250-4071. Google responded with subscriber information for the email address [em696597@gmail.com](mailto:em696597@gmail.com) linking it to Pepe Bautista's Facebook.

18. On June 18, 2023, D. Urbina informed HPD Det. Watson that she had sent $1,500 to an individual in Mexico via Western Union trying to secure the release of H. Urbina. The Urbina family received a video depicting H. Urbina indicating he is in Houston, Texas and that he was not allowed to leave the smuggler's custody.

19. On June 19, 2023, D. Urbina notified HPD Det. Watson that H. Urbina was then released at the intersection of South Gessner Street and Town Park Street in West Houston, Texas. I learned that HPD used advanced technological surveillance techniques to determine a telephonic device associated with Jose Bautista's Facebook account was accessed from this location at approximately 2:45 pm.

20. HPD Sgt. Arrington obtained access to a security surveillance camera located at 6000 S. Gessner Street in Houston, Texas which depicted H. Urbina being dropped off at this location at 2:42 pm from a black Ford Explorer. H. Urbina was later picked up by a black truck depicting Texas license plate SSF6634 driven by a male subject with a female subject in the rear driver's side seat. H. Urbina was dropped off at a Wal-Mart store located at 2391 South Wayside Drive in Houston, Texas at approximately 7:30 pm.

21. H. Urbina was subsequently interviewed by Det. Watson where he detailed his recollection of the failed meet up including when he overserved members of the HSO fire multiple gunshots into the vehicle of his family. H. Urbina also provided information about members of this HSO grabbing him by the throat with a gun to his head and threatened to kill him after the shooting incident.

22. H. Urbina also spoke about being transported the following day to a house where there were 11 other immigrants being detained while the HSO continued to make ransom

demands to his family. H. Urbina described being stripped to his underwear and then being tied to a piece of wood which caused abrasive injuries to his shoulders. Det. Watson told me these injuries were clearly visible on H. Urbina's body and were documented by photograph by HPD.

23. I learned that HPD Detectives obtained data from Google for an account associated to Jose Bautista. This information indicated that he frequented the 11400 block of Sagevalley Drive in Houston, Texas. I learned that H. Urbina was shown Google Street view of that area and was able to identify the house located at 11435 Sagevalley Street in Houston, Texas as a site where he was tied to the board and held in his underwear with other immigrants against his will. Det. Watson was able to locate records of Texas license plate SLF0036 being parked at that residence through law enforcement license plate reader databases. This license plate was displayed on a black Ford Explorer which is consistent with the vehicle which dropped H. Urbina off.

24. I am aware that Det. Watson obtained an arrest warrant for Jose Bautista which was executed at approximately 7:43 pm on June 20, 2023, in the area of 265 El Dorado Street in Houston, Texas. HPD Sgt. Lopez learned that eight other immigrants were still being held at 11435 Sagevalley Drive in Houston, Texas. HPD SWAT subsequently made entry at that location under exigent circumstances to rescue the remaining immigrants being held.

25. One of the subjects encountered at 11435 Sagevalley Street in Houston, Texas was Erwin Rocael Lopez-Guox, a citizen of Guatemala. HSI Agents assisting with the investigation at 11435 Sagevalley Street in Houston, Texas briefly interviewed Lopez about his citizenship and immigration status in the United States. They determined that Lopez was unlawfully present in the United States and amenable to removal. Lopez was administratively

arrested by HSI and turned over to the custody of Immigration and Customs Enforcement, Enforcement and Removal Operations.

26. On June 21, 2023, I interviewed Lopez after he was provided his Miranda warning which he waived. Lopez admitted to me that he worked at the "stash house" located at 11435 Sagevalley Street in Houston, Texas where people were brought to after being smuggled into the United States. Lopez told me he was paid $50.00 per person who was brought to the house and had been doing this since approximately January or February of 2023.

27. Lopez explained that he worked with Bautista-Santana as equals. He also said that he and Bautista-Santana worked for another man named Eric LNU who uses the moniker "Pirulo." Lopez met Eric LNU and Bautista-Santana while playing soccer. Lopez said Eric LNU and Bautista-Santana initially recruited him to transport smuggled persons from Texas to locations throughout the United States. Lopez later began to work at the "stash house" because he was responsible for paying for the costs of transporting smuggled people greatly reducing his earnings. Lopez estimated that he personally made five to seven "runs" with not less than five people per "run" to various locations.

28. Lopez told me that he owned the black Ford Explorer however Bautista-Santana used it to drop off the guy whose family was shot up by the "coyotes." Lopez explained that Eric LNU called Bautista-Santana and told him to get that guy out of the house. Bautista-Santana left the "stash house" in Lopez' Ford Explorer. Lopez also said Bautista-Santana was told by Eric LNU that the had "picked up a tail" and that they should dump the vehicle. Lopez said Bautista-Santana abandoned the vehicle at a "Mi Tienda" grocery store.

## CONCLUSION

Based on the foregoing, I submit that probable cause exists to believe that at least between June 14, 2023, and June 21, 2023, Erwin Rocael Lopez-Guox, harbored at least nine people whom he knew to have unlawfully entered the United Stated through the use of human smugglers, at 11435 Sagevalley Street in Houston, Texas, an activity that he financially benefited from. I therefore request that the Court issue a criminal complaint and arrest warrant charging him with violating Title 8 USC § 1324.

Dated at Houston, Texas this 10th day of August 2023.

David Pawson, Special Agent
Homeland Security Investigations

Sworn and subscribed telephonically, this 10th day of August 2023 and I find probable cause.

Sam. S. Sheldon
UNITED STATES MAGISTRATE JUDGE