UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:23-CR-00408 |
| | § | |
| IRVING GALLEGOS-CRUZ, *et al* | § | |

**JOINT UNOPPOSED MOTION FOR CONTINUANCE AND REQUEST TO ISSUE A NEW SCHEDULING ORDER**

All Defendants in this indictment respectfully asks that the Court continue the trial for a period of at least 90 days. In addition, the Defendants ask that the Court issue a new scheduling order that applies to all Defendants. The government is not opposed to the motion and agrees that the continuance is appropriate considering the outstanding issues that must be resolved.

I.

Trial is currently set for October 20, 2026. The Defendants are charged in a multi-count indictment that alleges kidnapping, hostage taking, transportation of undocumented immigrants, and conspiracy. The discovery and issues in this case are voluminous and complex.

The discovery consists of over 1 TB of data. The discovery includes various phone extractions, witness interviews, call logs, surveillance video, and statements of the alleged victim. Most of the pertinent discovery is in the Spanish language.

As a result, a lot of the discovery needs to be translated for use at trial. Counsel needs additional time to finish and investigate the discovery.

Counsel and the government have engaged in meaningful plea negotiations in the last few weeks. Counsel believes that the parties are close to reaching an agreement which would obviate the need for a trial. Additional time may help the parties reach an agreement. The parties are actively working towards a resolution considering the issues involved.

In addition, Counsel finished trial in *United States v. Eduardo Nevares*, Case No. 4:26-cr-232, on October 8, 2026. Counsel spent a considerable amount of time preparing for trial in the Nevares case which made it difficult for Counsel to prepare for trial in the instant case.

II.

This motion is made, not for the purpose of delay, but to see that justice may be done. The interests of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully prays that this motion be granted, and that the Court continue the trial date for **at least 90 days** and issue a new scheduling order.

Respectfully submitted,

*/s/ Javier O. Martinez*
JAVIER O. MARTINEZ
TBA No. 24082538
Federal ID No. 2164819
1001 McKinney St., Suite 1600
Houston, Texas 77002
Email: javier_martinez@fd.org

Attorney for Defendant,
HERNAN GAFIAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:23-CR-00408 |
| | § | |
| IRVINA GALLEGOS-CRUZ, *et al* | § | |

**CERTIFICATE OF CONFERENCE**

On October 13, 2026, Counsel for Defendant conferred with AUSA Celia Moyer and she is unopposed to the motion. AUSA Moyer advised that additional time may help plea negotiations. In addition, AUSA Moyer is unopposed with the continuance considering the ongoing attempts to resolve the case and the voluminous discovery.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF.

*/s/ Javier O. Martinez*
JAVIER O. MARTINEZ